DAY PITNEY LLP
ONE JEFFERSON ROAD, PARSIPPANY, NJ 07054-2891
(973) 966-6300
dsager@daypitney.com
Attorneys for Plaintiff
Travelodge Hotels, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRAVELODGE HOTELS, INC., | HON. WILLIAM H. WALLS, S.U.S.D.J. |
| Plaintiff, | Civil Action No. 11-cv-2599 (WHW) |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| MERIDIAN GLOBAL INVESTMENTS, LP; MERIDIAN PREMIER MANAGEMENT, LLC; and EVAN JACOBSON, | |
| Defendants. | |

This matter having been opened to the Court by way of motion filed by plaintiff Travelodge Hotels, Inc. ("THI"), by its attorneys, Day Pitney LLP (David S. Sager, Esq., appearing), seeking the entry of final judgment by default against defendants Meridian Global Investments, LP ("Meridian Global"), Meridian Premier Management, LLC ("Meridian Premier"), and Evan Jacobson ("Jacobson," and collectively, "Defendants") pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on May 5, 2011, seeking damages from Defendants as a result of the breach and premature termination of a license agreement between THI and Meridian Global; and service of a copy of the Summons and

Complaint having been effectuated on each of the Defendants; and the time for Defendants to answer or otherwise respond to the Complaint having expired; and no extensions having been requested or granted; and Defendants having failed to interpose an answer or otherwise respond to the Complaint; and it appearing that default was duly entered by the Clerk of the Court against Defendants for their failure to plead or otherwise defend in this action; and THI having provided Defendants with notice of the motion for default judgment and related documentation; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 15th day of June, 2012,

**ORDERED, ADJUDGED AND DECREED** that THI have judgment against Defendants, jointly and severally, in the total amount of $444,620.97 comprised of the following:

(a) $134,521.52 for Recurring Fees (principal plus prejudgment interest through May 7, 2012);

(b) $302,008.44 for liquidated damages (principal plus prejudgment interest through May 7, 2012); and

(c) $8,091.01 for attorneys' fees and costs; and it is further

**ORDERED, ADJUDGED AND DECREED** that THI have judgment against Meridian Global Investments, LP and Meridian Premier Management, LLC on the First Count for an additional amount of $288,901.08 for infringement damages; and it is further

**ORDERED, ADJUDGED AND DECREED** that beyond the date of this Final Judgment, post-judgment interest with respect to the total amount of this Final Judgment will continue to accrue at the rate allowed by law until the Judgment is paid in full; and it is further

**ORDERED, ADJUDGED AND DECREED** that upon entry of this Final Judgment the Second Count, Fourth Count, and Sixth Count are dismissed.

<pre>                                  s/ William H. Walls              </pre>
                                  HON. WILLIAM H. WALLS, S.U.S.D.J.